UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 21-cv-07781-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a Texas state prisoner proceeding pro se, filed a civil action. Plaintiff has now filed a notice stating that he seeks to voluntarily dismiss this action. Docket No. 11. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated: November 23, 2021

_/s/ Phyllis J. Hamilton_
PHYLLIS J. HAMILTON
United States District Judge